558

381 A.2d 137

COMMONWEALTH of Pennsylvania

v.

Larry CATHEY, Appellant (two cases).

Supreme Court of Pennsylvania.

Submitted Nov. 15, 1977.

Decided Dec. 23, 1977.

McEldrew, Hanamirian, Quinn & D'Amico, Philip M. Gilligan, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Michael R. Stiles, Asst. Dist. Atty., Chief, Appeals Div., Jane C. Greenspan, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Judgments affirmed.*

* The appellant raised six issues: (1) the district attorney should not have been permitted to strike for cause jurors who oppose capital punishment; (2) the Commonwealth failed to provide the defense with the name of a Commonwealth eyewitness and certain exculpatory statements made by appellant; (3) the trial court permitted improper cross-examination of a defense character witness; (4) the trial court improperly refused to allow a witness to testify as to certain exculpatory statements made by appellant and certain other statements made by a defense witness; (5) appellant's confession was a product of unnecessary delay between arrest and arraignment in violation of Pa.R.Cr.P. 118 (now 130); and (6) the confession was not knowingly, intelligently and voluntarily made.